UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS S. YIP,<br><br>        Plaintiff,<br><br>   vs.<br><br>ROBERT W. LITTLE INSURANCE AGENCY, INC. RETIREMENT PLAN THREE, et al.,<br><br>        Defendants. | Case No. CV 11-08269 RGK (JEMx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>[F.R.Civ.P. 58(a)] |

    The Court, having reviewed and considered the trial briefs submitted by the parties, and having rendered an order thereon dated November 30, 2012; and further having reviewed plaintiff's motion for an award of attorney fees, and having rendered an order thereon dated February 20, 2013, now grants judgment as follows:

    1.    Plaintiff's claim for declaratory relief is dismissed as moot.

1

2. Defendants shall calculate the value of plaintiff's accrued retirement benefit using the PBGC interest rate(s) prescribed by the subject ERISA plan. To the extent the amount is greater than the sum distributed to plaintiff in July 2012, defendants shall distribute the difference to plaintiff. To the extent defendants have not already performed the foregoing calculation, they shall do so within five (5) business days of the date of this judgment.

3. Plaintiff is awarded attorney fees against defendants in the amount of $21,175.00.

IT IS SO ORDERED.

Dated: March 11, 2013    _____
UNITED STATES DISTRICT JUDGE

Approved as to form:

_____
Robert F. Keehn, Esq.
Attorney for Plaintiff

_____
Don E. Lanson, Esq.
David V. Hadek
Attorneys for Defendants